**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

DONALD WAYNE INGLE, JR.,            §
#769010,                           §
                                   §
    Petitioner,             §
                                   §            Case No. 6:26-cv-228-JDK-JDL
v.                                 §
                                   §
DIRECTOR, TDCJ-CID,                §
                                   §
    Respondent.             §

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Petitioner Donald Wayne Ingle, Jr., a prisoner of the Texas Department of Criminal Justice proceeding pro se, filed this second or successive petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 without obtaining prior authorization from the United States Court of Appeals for the Fifth Circuit. The case was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On June 12, 2026, Judge Love issued a Report recommending that the petition be dismissed without prejudice for lack of subject matter jurisdiction, and that a certificate of appealability be denied. Docket No. 9. Petitioner filed written objections. Docket No. 10.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court

1

examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Services, LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

In his objections, Petitioner does not dispute that this is a second or successive petition or that he has failed to obtain the required authorization from the Fifth Circuit. *See* Docket No. 10. Instead, he simply reargues his claim and suggests that a "grave miscarriage of justice" requires that it be considered. *Id.* at 3. But the power to authorize a second or successive petition challenging a prisoner's criminal judgment lies with the Fifth Circuit, not the District Court. *See Crone v. Cockrell*, 324 F.3d 833, 836 (5th Cir. 2003).

Having conducted a de novo review of the Report and the record in this case, the Court has determined that the Report of the United States Magistrate Judge is correct, and Petitioner's objections are without merit. The Court therefore **OVERRULES** Petitioner's objections (Docket No. 10) and **ADOPTS** the Report and Recommendation of the Magistrate Judge (Docket No. 9) as the opinion of the District Court. Petitioner's petition for habeas corpus is hereby **DISMISSED** without prejudice as to Petitioner's right to seek authorization from the Fifth Circuit to file a second or successive petition. The Court **DENIES** a certificate of appealability.

So **ORDERED** and **SIGNED** this **13th** day of **July, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2